IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SS&G, LLC, and NEVADA CITY HOTEL, LLP,

    Plaintiffs,                      No. CIV S-02-2514 GEB JFM

    vs.

STATE OF CALIFORNIA, et al,

    Defendants.                     <u>ORDER</u>

        This matter came on for telephonic conference to plan a mediation/settlement conference on April 13, 2005. Richard F. Ellers appeared for plaintiffs. David E. Frank appeared for defendants Riebe's Auto Parts, Automotive Supply and Bart W. Riebe. S. Craig Hunter appeared for defendant Pentecostal Church of God, Northern District of California. Steven Charles Haas appeared for defendants Lowell Robinson, Neil Robinson, and Robinson & Sons. Gary Lewis Vinson appeared for defendants Holdrege & Kull Consulting Engineers and Geologists, Inc. John Gilbert Bilheimer appeared for defendants Michael Snegg, Clark Gordon and Grass Roots Realty. Nathan M. Longenecker and Alison J. Thayer appeared for defendant Newmont Mining Corporation.

        IT IS HEREBY ORDERED that this matter is set for mediation/settlement conference on Friday, May 27, 2005, at 10:00 a.m. in the chambers of the undersigned. All lead

1

1  counsel shall appear personally.  Settlement conference statements shall be hand-delivered to the
2  undersigned's courtroom deputy, Connie Farnsworth, whose office is located on the 8th floor,
3  501 I Street, Sacramento, California, no later than 4:30 p.m. on Friday, May 20, 2005.  Counsel
4  may, at their individual option, either submit confidential statements to the court or serve their
5  statements on the other parties.
6  DATED:  April 21, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

10  ss&g.oasc