UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.S. & G., LLC, NEVADA CITY HOTEL, LLP,<br><br>Plaintiffs,<br>v.<br><br>STATE OF CALIFORNIA, a governmental entity; LOWELL ROBINSON, an individual; NEIL H. ROBINSON, an individual; ROBINSON & SONS, a California general partnership; RIEBE'S AUTOMOTIVE SUPPLY, a California corporation; BART RIEBE, an individual; HOLDREGE & KULL, a California corporation;<br><br>Defendants. | CIV. S-02-2514 GEB JFM<br><br>ORDER |

       On June 3, 2005, Defendant Pentecostal Church of God, Northern District of California, Inc. filed a response to this Court's Order to Show Cause issued on May 24, 2005 ("OSC"). The Judge has decided against imposing monetary sanctions under Rule 16(f) of the Federal Rules of Civil Procedure. Therefore, the OSC is discharged.

       IT IS SO ORDERED.

Dated: June 6, 2005

                           /s/ Garland E. Burrell, Jr.
                           GARLAND E. BURRELL, JR.
                           United States District Judge