1   S. CRAIG HUNTER, State Bar No. 125247
**GREENBERG TRAURIG, LLP**

2   1201 K Street, Suite 1100
Sacramento, CA  95814-3938

3   (916) 442-1111
(916) 448-1709 FAX

4

Attorneys for third party defendant

5   Pentecostal Church of God,
Northern District of California, Inc.

6

7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  S.S.&G., LLC and NEVADA CITY HOTEL, LP, | )   Case No.  **CIV. S-02-2514-GEB JFM** |
| 12 | ) |
|      Plaintiffs, | ) |
| 13 | )   **SUBSTITUTION OF ATTORNEYS** |
| v. | ) |
| 14 | ) |
| STATE OF CALIFORNIA, LOWELL | )      **ORDER APPROVING** |
| 15  ROBINSON, NEIL H. ROBINSON, | )   **SUBSTITUTION OF ATTORNEYS** |
| ROBINSON & SONS, RIEBES | ) |
| 16  AUTOMOTIVE SUPPLY, INC., RIEBES | ) |
| AUTO PARTS, LLC, BART RIEBE, | ) |
| 17  HOLDREGE & KULL; et al., | ) |
| 18 | ) |
|      Defendants. | ) |
| 19 | ) |
| AND RELATED COUNTER, CROSS | ) |
| 20  AND THIRD PARTY ACTIONS. | ) |
| 21 | ) |

22       Pursuant to Local Rule 83-182(g), third party defendant Pentecostal Church of God,

23   Northern District of California, Inc. hereby substitutes:

24       <u>New Attorneys</u>:   S. Craig Hunter
                       **GREENBERG TRAURIG, LLP**

25                       1201 K Street, Suite 1100
                       Sacramento, CA  95814-3938

26                       Tel: (916) 442-1111 / Fax: (916) 448-1709
                       email:  hunters@gtlaw.com

27

28   ///

1   as their attorneys of record in place of:

2        <u>Old Attorneys</u>:   S. Craig Hunter
                  **LIVINGSTON & MATTESICH LAW CORPORATION**

3                  1201 K Street, Suite 1100
                  Sacramento, CA  95814-3938

4                  Tel: (916) 442-1111 / Fax: (916) 448-1709
                  email:  chunter@lmlaw.net

5

6   The undersigned consent to the above substitution.

7

8   Dated: October 24, 2005.             PENTECOSTAL CHURCH OF GOD,
                                    NORTHERN DISTRICT OF CALIFORNIA, INC.

9

10                                 By: /s/ Michael W. Jacobsen
                                    Michael W. Jacobsen

11   The undersigned consents to the above substitution.

12   Dated: October 12, 2005.             LIVINGSTON & MATTESICH
                                 LAW CORPORATION

13

14                                 By: /s/ S. Craig Hunter
                                    S. Craig Hunter

15

16   The undersigned accepts the above substitution.

17   Dated: October 12, 2005.             GREENBERG TRAURIG, LLP

18

19                                 By: /s/ S. Craig Hunter
                                    S. Craig Hunter

20   **IT IS SO ORDERED.**

21

22   DATED:  October 26, 2005             /s/ Garland E. Burrell, Jr.
                                 GARLAND E. BURRELL, JR.

23                                   United States District Judge

24

25

26

27

28