UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.S. & G., LLC, NEVADA CITY HOTEL, LLP, <br><br>      Plaintiffs, <br>   v. <br><br>STATE OF CALIFORNIA, a governmental entity; LOWELL ROBINSON, an individual; NEIL H. ROBINSON, an individual; ROBINSON & SONS, a California general partnership; RIEBE'S AUTOMOTIVE SUPPLY, a California corporation; BART RIEBE, an individual; HOLDREGE & KULL, a California corporation, <br><br>      Defendants. | 2:02-cv-2514-GEB-JFM <br><br><br><u>ORDER</u> |

On January 11, 2006, the parties filed a "Stipulation for Order Appointing Special Master and for Stay of Litigation" ("Stipulation"). The Stipulation reveals the parties have retained retired Superior Court Judge Richard L. Gilbert as a mediator and that settlement discussions thus far have been productive. (Stipulation at 1-2.) The Stipulation states that prospects for settlement will be enhanced if Judge Gilbert is appointed special master with "authority to order mediation sessions as necessary and to compel the attendance

1

of the [p]arties, their counsel and insurance representatives." (Id. at 2.)  The Stipulation also states that for further mediation to be meaningful, all remaining Rule 16 Scheduling Order dates should be vacated in order to allow time to receive proposals from environmental consultants and engage in additional negotiation.  (Id. at 2-3.)

        The Stipulation ostensibly relies on Rule 53(a)(1)(A), which provides that a special master may be appointed to "perform duties consented to by the parties."  This action does not justify appointment of a special master under Rule 53.  As indicated in Rule 53(a)(1)(C), a special master need not be appointed to "address pretrial . . . matters that can[] be addressed effectively and timely by an available . . . magistrate judge of the district."  In addition, I decline the parties' invitation to compel mediation of this action, which is a goal of the Stipulation.

        Finally, I do not agree with the parties' proposal to vacate all remaining dates in the Rule 16 Scheduling Order that governs this action.  However, since the currently-set trial commencement date conflicts with a criminal trial on my docket, the final pretrial conference is continued to July 31, 2006, at 1:30 p.m. and the trial commencement date is continued to September 12, 2006, at 9:00 a.m.[1]

        IT IS SO ORDERED.

Dated:  January 23, 2006

        /s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] It is assumed that the parties do not want an earlier trial date, in order that they may have more time to attempt settlement of this action.