```
                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


S.S. & G., LLC; and NEVADA        )
CITY HOTEL, LLP,                  )
                                  )   2:02-cv-2514-GEB-JFM
                   Plaintiffs,    )
                                  )   ORDER
       v.                         )
                                  )
STATE OF CALIFORNIA, a            )
governmental entity; LOWELL       )
ROBINSON, an individual; NEIL H.  )
ROBINSON, an individual;          )
ROBINSON & SONS, a California     )
general partnership; RIEBE'S      )
AUTOMOTIVE SUPPLY, a              )
California corporation; BART      )
RIEBE, an individual; and HOLDREGE)
& KULL, a California corporation, )
                                  )
                   Defendants.    )
_____)
```

In light of the parties' representations in the Stipulation filed July 7, 2006, the final pretrial conference is rescheduled to commence at 1:30 p.m. on December 3, 2007, and trial is rescheduled to commence at 9:00 a.m. on January 15, 2008.

IT IS SO ORDERED.

Dated:  July 10, 2006

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge