S. Craig Hunter, CA State Bar No. 125247
Attorney At Law
PO Box 13810
San Luis Obispo, CA  93406
Tel:    (805) 544-4980
email: *craighunterlaw@sbcglobal.net*

Attorney for Defendant Pentecostal Church of God,
Northern District of California, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.S.&G., LLC and NEVADA CITY HOTEL, LP,<br><br>         Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, LOWELL ROBINSON, NEIL H. ROBINSON, ROBINSON & SONS, RIEBES AUTOMOTIVE SUPPLY, INC., RIEBES AUTO PARTS, LLC, BART RIEBE, HOLDREGE & KULL; et al.,<br><br>         Defendants.<br><br>AND RELATED COUNTER, CROSS AND THIRD PARTY CLAIMS. | Case No. **CIV. S-02-2514-GEB JFM**<br><br>**SUBSTITUTION OF ATTORNEYS**<br><br>**[Proposed]**<br>**ORDER APPROVING SUBSTITUTION** |

Notice is hereby given that defendant Pentecostal Church of God, Northern District of California, Inc. makes the following substitution of attorneys:

    1.    <u>Former Attorneys of Record</u>: Greenberg Traurig, LLP (formerly Livingston & Mattesich Law Corporation), 1201 K Street, Suite 1100, Sacramento, CA 95814; telephone (916) 442-1111.

    2.    <u>New Attorney of Record</u>: S. Craig Hunter, P.O. Box 13810, San Luis Obispo, CA 93406; telephone: (805) 544-4980; email: *craighunterlaw@sbcglobal.net*.

Pentecostal Church of God Substitution of Attorney

1      I consent to the foregoing substitution.

2

3  Dated: February 25, 2007.        PENTECOSTAL CHURCH OF GOD,
                                                  NORTHERN DISTRICT OF CALIFORNIA, INC.

4

5                                             By: /s/ Michael W. Jacobsen
                                                      Michael W. Jacobsen

6                                             Church Superintendent

7

8      I consent to the foregoing substitution.

9

10  Dated: February 27, 2007.        GREENBERG TRAURIG, LLP

11

12                                             By: /s/ Gene Livingston
                                                        Gene Livingston

13

14      I accept the foregoing substitution.

15

16  Dated: February 27, 2007.        /s/ S. Craig Hunter
                                                      S. Craig Hunter

17

18  **IT IS SO ORDERED.**

19

20

21  Dated:  February 28, 2007                                
                                                GARLAND E. BURRELL, JR.

22                                                   United States District Judge

23

24

25

26

27

28

Pentecostal Church of God Substitution of Attorney