IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| S.S. & G., LLC; NEVADA CITY HOTEL, LLP, | ) ) ) | 2:02-CV-2514-GEB-JFM |
| Plaintiffs, | ) ) | |
| v. | ) | ORDER |
| LOWELL ROBINSON, an individual; NEIL ROBINSON, an individual; ROBINSON & SONS, a General Partnership; RIEBE'S AUTOMOTIVE SUPPLY, a California Corporation; RIEBE'S AUTO PARTS, INC., a California Corporation; BART RIEBE, an individual; HOLDREGE & KULL, a California Corporation, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Richard L. Gilbert has contacted Magistrate Judge Moulds and represented that the parties in the above action have reached a settlement in principle and request a continuance of the scheduled trial to April 2008, to allow the parties more time to attempt to finalize a settlement agreement.  The request is granted.  Therefore the trial is rescheduled to commence at 9:00 a.m. on April 22, 2008. All filing dates given to the parties at the final pretrial conference

1

which have not yet passed will be reset in a Final Pretrial Order that will issue in March 2008.

       IT IS SO ORDERED.

Dated:  December 13, 2007

                                                GARLAND E. BURRELL, JR.
                                                United States District Judge