IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| S. S. & G.. L.L.C., NEVADA CITY | | |
|     Plaintiff, | No. CIV S-02-2514 GEB JFM | |
|    vs. | | |
| STATE OF CALIFORNIA, etc., et al., | | |
|     Defendants. | ORDER | |
| _____/ | | |
| RIEBES AUTOMOTIVE SUPPLY, INC., etc., et al., | | |
|    vs. | | |
| S.S. & G., L.L.C., etc., et al., | | |
| _____/ | | |

        On March 24, 2008, each of the parties in the above-captioned case filed a Consent to Proceed Before a United States Magistrate Judge. See 28 U.S.C. § 636(c).

        The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

/////

1

1  IT IS ORDERED that any hearing dates currently set before the undersigned are
2  vacated.
3  Dated: March 28, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

I am the magistrate judge currently assigned to this case. I accept reference of this case for all further proceedings, including trial and entry of final judgment, by myself or such other magistrate judge as may be assigned.

IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to the Honorable John F. Moulds. HENCEFORTH, THE CAPTION ON DOCUMENTS FILED IN THE REASSIGNED CASE SHALL BE SHOWN AS No. CIV S-02-2514 JFM.

DATED: March 28, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/ssg.con