```
 1
 2
 3
 4
 5
 6
 7
 8
 9                     IN THE UNITED STATES DISTRICT COURT
10                   FOR THE EASTERN DISTRICT OF CALIFORNIA
11  S. S. & G.. L.L.C., NEVADA CITY
12          Plaintiff,                   No. CIV S-02-2514 JFM
13      vs.
14  STATE OF CALIFORNIA, etc., et al.,
15          Defendants.                  ORDER
16  _____/
17  RIEBES AUTOMOTIVE SUPPLY, INC.,
    etc., et al.,
18
19      vs.
20  S.S. & G., L.L.C., etc., et al.,
21  _____/
22  AND RELATED COUNTERCLAIMS.
23  _____/
```

Upon consent of the parties and an order of reference filed March 31, 2008 this matter is before the undersigned for entry of judgment pursuant to Title 28 U. S. C. § 636 (c).

/////

1

On July 10, 2008, counsel filed a joint memorandum of points and authorities in support of their joint motion by all parties for approval of the global settlement and order barring contribution claims.

After considering the joint memorandum, the Settlement Agreement and Release, and the record as a whole, the court finds that the settlement agreement was made in good faith and is fair, reasonable, and consistent with the purposes of the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), 42 U.S.C. § 9601, et seq.  Pursuant to its authority to allocate costs using such equitable factors as the court determines are appropriate, including its authority under 42 U.S.C. § 9613(f)(1) of CERCLA, this court finds that:

1. Riebe shall acquire the Property from NCH for the sum of $340,000.00 and undertake remediating the environmental contamination of the Property to the satisfaction of the government.

2. The parties to the settlement agreement are obligated to contribute in the respective amounts set forth in the Settlement Agreement and Release, appended to the July 10, 2008 Joint Memorandum of Points and Authorities, the aggregate sum of $540,000.00 payable to Riebe.  Each party's contribution shall be as follows:

| | |
|---|---|
| Coldwell Banker, Grass Roots Realty | $ 75,000.00 |
| Holdredge & Kull | $100,000.00 |
| Riebes insurance Company (Sentry Insurance) | $ 90,000.00 |
| Robinson | $150,000.00 |
| Newmont | $125,000.00 |

3. The Settlement Agreement and Release shall be binding on all parties to this litigation, including nonsettlors, and shall be binding with respect to all matters relating to the hazardous waste disposal area ("the Property"), consisting of two parcels comprising approximately 1.7 acres of land located in Nevada City at the address of 375 Hollow Way.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The Settlement Agreement and Release, filed July 10, 2008, is approved as a good faith settlement.

2. All pending claims, counterclaims, cross-claims and third party claims shall be dismissed with prejudice pursuant to the terms of the Settlement Agreement and Release.

3. Any claims for contribution by third parties regarding matters addressed in this settlement are barred.  <u>United States v. Western Processing Company</u>, 756 F.Supp. 1424 (W.D. Wash. 1990).

4. The provisions of the Uniform Comparative Fault Act ("UCFA") shall apply as to the effect of this settlement.  <u>Western Processing Company</u>, 756 F.Supp. at 1424; and

5. Pursuant to UCFA § 6 and the Code of Civil Procedure § 877.6, any and all claims for contribution and/or indemnity, arising out of the matters asserted in this action or addressed in the Settlement Agreement and Release, regardless of when asserted or by whom, are barred.  Such claims are barred regardless of whether they are brought pursuant to CERCLA, 42 U.S.C. § 9601, et seq., or pursuant to other federal or state law.

IT IS SO ORDERED.

DATED: August 5, 2008.

UNITED STATES MAGISTRATE JUDGE

/001;ssg.set